HARRY C. SINGER
CA SBN 43098
PO Box No. 590879
San Francisco, Ca 94159
Telephone: 415-885-5916
Facsimile: 415-750-9827

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 09-0862 MHP |
|---|---|---|
| Plaintiff, | ) | |
| vs | ) | |
| TAPANI KOIVUNEN, et al | ) | {~~PROPOSED~~} ORDER |
| Defendants. | ) | |

ORDER

On motion of the defendant and agreement of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

That the conditions of defendant TAPANI KOIVUNEN's release bond in the above entitled case be modified to allow the defendant to relocate his residence to 2505 Fifth Street, Apartment 149, Davis, California, 95618, and to allow his personal custodian, LAURA KOIVUNEN, to reside at 2505 Fifth Street, Apartment 267, Davis, California, 95618, in the same housing complex and remain his personal custodian pursuant to the same terms and

-1-

1 | conditions of the original bond,.

2 | ~~DATED: May_____2010.~~   June 2, 2010.

_____
Magistrate Judge Edward M. Chen



IT IS SO ORDERED
Judge Edward M. Chen